IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:12-CV-0041-SCJ |
| AMANDA E. CLARKE, ROBERT DARBY BOLAND, and THOMAS A. DAPOGNY, | |
| Defendants. | |

## ORDER

This matter is before the Court on its own initiative. Plaintiff's complaint was filed in this Court on January 5, 2012. The record reflects that service of process upon defendant Thomas A. Dapogny was executed on January 12, 2012. Defendant Dapogny has failed to answer or otherwise respond to Plaintiff's complaint.

Therefore, Plaintiff is **ORDERED** to file any and all appropriate motions or other pleadings to dispose of or otherwise proceed with this action as to defendant Thomas A. Dapogny within twenty (20) days of entry of this Order.

**IT IS SO ORDERED**, this 11th day of June, 2012.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE