IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROGRESSIVE MAX INSURANCE )
COMPANY, )
                 )
      Plaintiff, )
                 )
v. )   CIVIL ACTION FILE
                 )   NO.  12CV0041-SCJ
AMANDA E. CLARKE, ROBERT )
DARBY BOLAND and THOMAS A. )
DAPOGNY , )
                 )
      Defendants. )

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW Plaintiff, Progressive Max Insurance Company ("Progressive"), and moves the Court pursuant to F.R.C.P. Rule 55 for entry of default judgment against Defendant Thomas A. Dapogny ("Dapogny"), as follows:

1.

Defendant Dapogny was personally served with Summons and a Copy of the Petition for Declaratory Judgment in this action on January 12, 2012.

2.

Donnie C. Briley has attested by the attached "Proof of Service" on file with

–1–

the Court (Doc. 5) that he personally served Thomas Dapogny on January 12, 2012.  (Proof of Service attached hereto as Exhibit "A").

3.

To date, Defendant Dapogny has failed to answer, object or otherwise respond to Plaintiff's Complaint, and is now in default.

4.

On Friday, July 20, 2012, Progressive filed its Motion for Clerk's Entry of Default with the Court (Doc. 32) and the Clerk entered default on Monday, July 23, 2012 (no document number assigned).

THEREFORE, Plaintiff hereby moves the Court for an Entry of Default Judgment against Defendant Dapogny in the above-styled civil action.  Plaintiff attaches hereto as Exhibit "B" a proposed Entry of Default Judgment for the Court's consideration.

Respectfully submitted, this 24th day of July, 2012.

CARLOCK, COPELAND & STAIR, LLP

    /s/ Erica L. Parsons
ERICA L. PARSONS
Georgia State Bar No. 100152
Email: eparsons@carlockcopeland.com

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
(404) 522-8220

−3−

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2012, I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Scholle
cscholle@schollelaw.com
P. CHARLES SCHOLLE, P.C.
*Attorney for Defendant Clarke*

David M. Atkinson
sdermer@madllp.com
Seth M. Diamond
sdiamond@madllp.com
MAGILL ATKINSON DERMER LLP
*Attorneys for Defendant Boland*

CARLOCK, COPELAND & STAIR, LLP

By: ____ /s/ Erica L. Parsons _____
ERICA L. PARSONS
Georgia State Bar No. 100152
Email: eparsons@carlockcopeland.com

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
(404) 522-8220

3904570v.1